1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   KEITH EDWARD WULFF,              )          No. C 15-2021 RMW (PR)
                                      )
12                  Petitioner,       )          ORDER OF DISMISSAL
                                      )
13        vs.                         )
                                      )
14                                    )
     JOHN MCMAHON,                    )
15                                    )
                    Respondent.       )
16   _____)

17        On May 5, 2015, petitioner, proceeding *pro se*, filed petition for writ of habeas corpus

18   pursuant to 28 U.S.C § 2254.[1]  The same day, the Clerk notified petitioner that he had not paid

19   the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP").  Along with

20   the deficiency notice, petitioner was provided with a IFP application and instructions for

21   completing it.  Petitioner was cautioned that his failure to either file a completed IFP application

22   or pay the filing fee within twenty-eight days would result in the dismissal of this action.  To

23   date, petitioner has not paid his filing fee, filed a completed IFP application, or otherwise

24   communicated with the court.

25        Thus, the instant action is DISMISSED without prejudice.  The clerk shall enter

26

27   _____

28        [1]  After petitioner declined magistrate judge jurisdiction, this case was reassigned to the
     undersigned judge.

Order of Dismissal
P:\PRO-SE\RMW\HC.15\Wulff021disifp.wpd

1   judgment and close the file.

2         IT IS SO ORDERED.

3   DATED: __9/11/2015__

                            *Ronald M. Whyte*

4                       RONALD M. WHYTE
                      United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\PRO-SE\RMW\HC.15\Wulff021disifp.wpd     2